Nancy Reach
                    Plaintiff,

v.                                              Case No.: 1:10–cv–07045
                                                        Honorable Edmond E. Chang

AON Service Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Motions hearings were held on 09/15/11 and 10/13/11 as to the parties' various motions to compel, as well as a motion to extend discovery. Rulings were made in open court, and are summarized below. Status hearing set for 11/30/11 at 8:30 a.m. [For further details see attached minute order.] Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.